UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Tafadzwa Nhira, | * | |
| Plaintiff, | * | Civil Action No. WMN-14-CV-0676 |
| vs. | * | |
| Thompson Hospitality *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1, Defendants Thompson Hospitality Services, LLC and Compass Group USA, Inc., by their counsel, do hereby state that each is affiliated with Compass Group PLC, which is publicly traded on the London Stock Exchange. There are no other parent corporations or publicly held corporations with a financial interest in Defendants.

Dated: July 16, 2014

Respectfully submitted,

/s/ *Thomas P. Dowd*
Thomas P. Dowd (Federal Bar No. 05753)
LITTLER MENDELSON, P.C.
1150 17th Street, N.W.
Suite 900
Washington, DC 20036
202.842.3400 Telephone
202.318.8943 Facsimile
tdowd@littler.com

Counsel for Defendants
Thompson Hospitality Services, LLP
And Compass Group USA, Inc.